UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                  Case No: 5:21-cv-343-BJD-PRL

**FRANK ROMERO,**

    Defendant.
_____

## ORDER

This matter is before the Court on the Federal Trade Commission's motion seeking relief from the Court's requirement that "representatives for the parties with full settlement authority" attend the mediation conference. (Doc. 24). Defendant has no objection.

In its motion, the FTC explains that any settlement ultimately must be approved by the FTC Commissioners. According to the FTC, its counsel will attend the mediation conference and have the authority to recommend a settlement to James Kohm, the Associate Director of the Bureau of Consumer Protection's Division of Enforcement. Associate Director Kohm will also be available for consultation, as needed, at any time during the conference. The Associate Director of the Division has the power to recommend a settlement to the Commission via the Bureau of Consumer Protection, which must approve the recommendation before forwarding the proposed settlement to the Commission. The Commission typically gives great weight to the settlement recommendations made by its Divisions—although final authority to approve or reject a proposed settlement rests with the Commissioners by majority vote. FTC counsel represents that although there have been instances where the Commission has rejected settlement proposals, counsel can commit to

- 2 -

advocating for final Commission approval of any settlement proposal agreed upon during the conference.

Accordingly, the FTC's unopposed motion (Doc. 24) is **GRANTED**. The FTC is relieved of the requirement (set forth in Doc. 19) that representatives with full settlement authority attend the mediation conference.

**DONE** and **ORDERED** in Ocala, Florida on April 20, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties