UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                            Case No: 5:21-cv-343-BJD-PRL

**FRANK ROMERO,**

    Defendant.

_____

**ORDER**

This matter is before the Court on Plaintiff's motion to compel responses from Defendant to Plaintiff's First Set of Interrogatories and First Set of Requests for Production, which were served on January 7, 2022. (Doc. 23). Specifically, Plaintiff contends that Defendant has failed to provide full and complete responses to Interrogatories # 1 and 3. In addition, despite responding that he would produce responsive documents, Defendant has failed to respond in whole or in part as to Request for Production # 1-11, 18-21, 23-25, 26, 27-31, 34, 37, 38, and 40. Finally, with respect to RFP # 12, 33, and 35, Defendant raised objections that the requests were unduly burdensome (and as to number 35 that the burden and expense of obtaining documents should be placed on the FTC). In efforts to resolve his objections, Plaintiff agreed to narrow RFP #12 and 33.

In response, Defendant does not challenge any of the arguments raised by Plaintiff in the instant motion to compel. Rather, Defendant simply reiterates his request that the Court enter a limited stay pending resolution of Defendant's motion to dismiss and motion to stay. (Doc. 25). The Court, however, has now denied the motion to stay, and explicitly found that neither the pending motion to dismiss nor Defendant's purported Fifth Amendment concerns

justified a stay of discovery in this case. (Doc. 27). Given this ruling, and the lack of any substantive challenge to Plaintiff's motion to compel, the Court finds that the instant motion is due to be **GRANTED**. Defendant's boilerplate objections as to RFP # 12, 33, and 35 are overruled. However, consistent with the parties' discussions, the Court will narrow the scope of RFP #12 to the time period of December 17, 2020 to June 29, 2021, and RFP #33 to the source code for prior versions of Defendant's website. (Docs. 23 at 13; 23-2 at 15).

Accordingly, within **TEN DAYS** of this Order, Defendant shall provide full and complete discovery responses to Interrogatories #1 and 3 and RFP #1-12, 18-21, 23-31, 33-35, 37-38, and 40.

**DONE** and **ORDERED** in Ocala, Florida on May 2, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties