UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FEDERAL TRADE COMMISSION**

    **Plaintiff,**

**v.**                                                   **Case No: 5:21-cv-343-BJD-PRL**

**FRANK ROMERO**

    **Defendant.**

## ORDER

On April 30, 2024, Defendant Frank Romero requested a hearing on claims of exemption as to writs of garnishment previously issued by this Court to PayPal, Inc. and Electronic Merchant Systems ("EMS"). (Docs. 83, 84). For both PayPal and EMS, Romero asserts that "[t]he property in the possession, custody or control of garnishee . . . are interests of both my wife (Patricia Martinez) and I"; and that they are wages that should be exempt because: (1) Patricia Martinez is not the debtor; and (2) Romero is head of household and provides more than 50% of the support for their child.

The Court granted Defendant's request and set a hearing on May 14, 2024 "to determine the validity of Defendant's claimed exemptions." (Doc. 85 at 1). Now, Plaintiff, requests permission to present evidence about Defendant's claimed exemptions at the hearing. (Doc. 86). Upon due consideration, Plaintiff's motion (Doc. 86) is GRANTED. The FTC may present evidence as set forth in the motion.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on May 8, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

Frank Romero
17 Sapphire Road
Ocala, FL 34472