UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                           Case No: 5:21-cv-343-BJD-PRL

**FRANK ROMERO,**

    Defendant.

## ORDER

On October 31, 2024, the Court entered its Order modifying the asset freeze and appointing Maria Yip of Yip Associates as Liquidator for all subject real property. (Doc. 112). The Order specifically authorized the Liquidator to choose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as she deems advisable or necessary to perform the duties and responsibilities set forth in the Order.

Now, pursuant to that authority, the Liquidator has filed two unopposed motions. The first motion is for authorization and approval of the employment of Alan Rosenberg, Esq. and the law firm of Markowitz, Ringel, Trusty & Hartog, P.A. ("MRTH") as counsel to the Liquidator, effective as of October 31, 2024. (Doc. 113). Upon due consideration, the motion (Doc. 113) is **GRANTED.** The Liquidator's employment of MRTH is authorized and approved, effective as of October 31, 2024, and consistent with the terms and conditions set forth in the motion.

The second motion is for the authorization and approval of the employment of Seth Chester and Rountree Realty Corporation ("Broker") as real estate brokers to the Liquidator, to assist with the marketing and sale of the subject real property in Ocala, Florida. (Doc. 114).

- 2 -

Upon due consideration, the motion (Doc. 114) is **GRANTED**. The Liquidator's employment of the Broker is authorized and approved, upon the terms and conditions set forth in the motion. The Liquidator is authorized to execute the documents that she deems necessary, reasonable, and/or desirable to effectuate the relief sought in the motion, including, but not limited to, listing agreements for the subject real property.

**DONE** and **ORDERED** in Ocala, Florida on November 18, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties